# 1:20-CV-1947

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
MAY 05 2020
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## IN THE UNITED STATES FEDERAL DISTRICT COURT
## IN AND FOR THE NORTHERN DISTRICT OF GA

OFFICER, JASON T. HUNTER  GA badge # 1234-07  O.C.GA. Title 10. S. 35 [enumerated]
FL badge # 89313B - FDJJ, FDLE (N/A) FDOC (N/A) DHS (N/A)

v.

Angela Cowden et AL, Judge Highlands County Court   Sebring, FL         case related
Jeffrey Stidham, Magistrate Polk County Court   Bartow, FL  ~~Sebring, FL~~   1:20-cv-01405
Peter Estrada, Judge Highlands County Court   Sebring, FL
Christine Pletcher, District Atty Highlands County   Sebring, FL        notes clerk via phone
Richard Castillo, District Atty Highlands County   Sebring, FL        said you receive this
James Yancey, Polk County Court Judge   Bartow, FL                    by Wed 5/4/2020
Bill Price, District Atty Investigator Highlands County   Sebring, FL   I will call again via
Taneika Francis, Defendant in error Apopka, FL (Hostile witness)       phone to verify.!
Shawn Jiles, former CA Atty Winter Haven, FL
James Otis Baker, Principal in error    (Hostile witness)
Brian Haas, State Atty Bartow, FL
Judge McDaniel, Judge Polk County Bartow, FL
Ellen Masters, Judge Polk County Bartow, FL
Deputy Clerk of records (request VFOSC cases dropped & Brady v. Maryland) Highlands Cnty Sebring, FL
Deputy Clerk of Polk (request UPL cases dropped & Brady v. Maryland) Bartow, FL

(Notice of Indigency) (via malicious prosecution) → continuous since 04/2014

(Emergency claim): Obstruction of Justice / Personal Injury

(Emergency) (Relief Sought) = Punitive Damages / Injunctive & Habeas relief (immediate)

I officer Jason T. Hunter a resident of the State of Georgia do hereby on this 30th day of April, 2020 being indigent & requesting emergency relief from obstruction of Justice & personal injury to myself on this date incarcerated in Highlands County Jail under False arrest, False imprisonment, retaliation, & Personal injury. _____ (Request assist of Counsel for Amicus Brief)

Northern Fed District with Courts
↑
pA to physician of my choice! — Emory ATL.
This is cruel & unusual - I'm sick w/ no help

2

(CF-15-729) Presently in this case arising out of a Bivens claim filed in federal case # → Northern District of Georgia. The first attempt to file was thrown away on 3/5/2020. Presently, I have developed a (staff infection) after 5 days in PC (retaliation, see camera - OFCs. Roe & C. Green (not captain Green) without a shower. I have high (anxiety), (pain) in ® temporal & Top of head that is (nerve related), forced to climb on top of bunch w/ history of car accident 2011 + (4 disc bulges) (best open FL MRI, Sebring, FL / Cora Rehabilitation Center / FL - Advanced health - Dr. Maven St. Louis of Sebring, FL former Grady in Atlanta, GA - Brady evidence requested twice now from Polk County Clerk felony for UPL charges dismissed (top 5?) from 2020 - any dates preceeding to send to this Court. My arrest contrary to F.S. 943.10, CJSTC Guidelines, F.S. whistleblower, Oath of Office, FL BAR v. Farmer (2014), FJSC], Sterns v. FL, Powell v. AL, & LTC Highlands State v. John Marino - my case more mitigating. (General Plea for lesser Degree under Constitutional right ignored by Judge Peter Estrada - (Highlands) Ellen Masters (Polk county). I explained I fear for my life, my medical issues w/o meds, staff infection, & threats from Judge Angela Cowden & Jeffrey Stidham - CF-19-348 that claim I threatened them. I whistleblowed to my defense via email & facebook, but did I never threatened their lives or family members. I don't even know their family. Polk Superior Circuit (Bartow, FL) has not sent cases dropped under UPL for this Court. The deputy clerk is not in compliance. This is a Brady violation & obstruction. Also I requested records of threats made via electronic recording in court by Judges Janet Yancey, Angela Cowden, Jeffrey Stidham, & Peter Estrada to be transcribed for this court, so this Court can see they are entrapping me via Judicial estoppel & interfering in Justice in case #s & records are being re-written & deleted at the 2ND DCA level, despite FSSC ruling that these courts lack jurisdiction for civil child support - FC-15-661, DR-15-661 case CF-19-348 arising out of retaliation via me whistleblowing & defense & stand my ground, officer rights & CJSTC use of force [No guideline] diversity [POC] - CF-19-348 ⌐ CF-15-729

Judge Pete Estrada → Suspects of Fraud, Police brutality, Attempted murders
→ Prosecutor - Richard Castillo    FC-15-661, DR-15-661 ↓     [TAINTED]
   ↳ Same over: CF-19-348    3    CF-19-348    James Otis Batie - [Horse wrench]
CF-15-729 — I am seriously requesting this court to issue emergency injunction to stop prosecution in this case, or order allowing me my (R) to general plea (MM2) time served (Mary Carter v. U.S.) (Gallagher Rule) a no-bond convert to ex rel Lee Cotten v. State (FSSC) & Parker v. State (2ND DCA) — a non-violent offense, & (Case # CF-19-348) I did not threaten Judge Cowden or magistrate Jeffrey Stidham. I explained to Judge Ellen Masters the persons of interest & why & what they wanted. I have proof of my innocence & that I did not do this. Suspect Taneika Francis sent threats that she would get me arrested at all cost - CF-19-348. Cases related → FC-15-661, DR-15-661, GC-14-147, CF-12-139

                    Injunction Cowden          Perjury by Francis
       - Injunction Cowden                     Threat by Pletcher → CF-19-348 → Retaliation
CF-19-348   - Threats Cowden    Injunction Estrada                                    FRAUD
       - Perjury Francis      — Denied relief → ↙ Cowden                          COWDEN —
DR-14-243 → Shotgun proceedings   ↳ expungment                                STIDHAM — FC-15-661 / DR-15-661
     ↳ 1) Custody ] - Not allowed   Bloom v. Illinois, USSC                         ↓
        2) Support                                                     — threats of incarceration
- Cowden - Injunction - No DV, No gun - No touch  Castleman v. U.S. (USSC, 2014)    w/ FRAUD on court
- Francis - Perjury                                                    — Threats for me to
Swearing Judge in CF-12-139 over → DR-14-243 (2014) — Double Jeopardy       modify front or be arrested
           → FC-15-661 (2015) - ✓ ×2                                       — Sus of DL
No modification until 2018   → DR-15-661 (2015) ✓ ×3                        — tripled child support
FC-15-661 - until 10/2019   see Christian Heath family case               Contour to FoSo 2014 - Cowden
see harassment/obstruction   02/2020 - Cowden recused self               2015 - Cowden
                                                                        2016 - Stidham
FoSo violations → (2014) = FC-15-661 / DR-15-661                        Warrant → & 2019 - ?? Zucker
       2015              ↗   & child emancipated w/
2019     2016, 2017, 2018   Lifetime Injunction, No (FS),       Exonerated → 2018 - WARD
2020                        Omitted from GA-DDS - DL            CF-19-348 → & 2019 - McDaniel
2021                              GA-DHS - C/S office!                   → DL Suspension
2022 — They are too far ahead. I only had $17 to eat in 03/2019          → Capias
       for a whole week. [Daniela Gibbs v. Michael Lowe - Family] - 2014]   2020 - Kelly Butez
       [Kelly Durham v. Mike Durham 2ND, DCA] 4 ever 4 years.

4

(At library of unreal law library Access Denied to asse ineffective
(No electronic Law library or Tables) - securus.net.      — Counsel

| Authorities |

U.S. Constitution Amends: IV, V, VI, VIII, X, XIV

Florida State Constitution - In Mocio Article 2 section 3(b)

Corpus Curdem Seclurum Article 2 Sec 3 - All officers are officers of court & can Practice Law.

Georgia State Constitution -

USCA - Diversity S-1331, S-1332 / 1303A, 1303B / 1305A, 1305B

| Citations |

Hazel v. Atlas Glass Co [USSC] - Fraud on the court vacated & dismissed.

Jackson v. State 418 So. 2d 456, 458 (FL 4th DCA, 1982) - Same as F.S. 893.13(1)(e)

Weinstein v. Bradford (USSC) - Similar cases, same circumstances that would result in [FC-15-661, DR-15-661, DR-14-147, → CF-19-348] collateral consequences.

Weinstein v. U.S. (USSC) →

Witt v. State (FSSC) - No prior relief (2014)(2015) by FSSC or USSC contrary to Gallagher v. US (CA Fedcir)

Williamson v. State 859 So. 2d 553, 554 (FL 1st DCA, 2004) R to general plea lesser degree vs Double Jeopardy

| Statutes |

F.S. 893.13(1)e - 2 public officials or more in conspiracy / scheme to defraud, obstruct Justice.

Civil Rights Act 1866 - No State official, Agency can claim victim w/ det as private actors [1st Fraud/obstruction]

CH 42 S. 1983 title 10 - civil rights violation 17 - criminal conduct [fraud] on courts

Crime Fraud Exception - A defense to law violation a victim of actors in concert of actions.

Purported Waiver Defense - When conduct of officials causes victim to act & "Involuntary Intoxication"

| Intervention | 4 (cardiac, nerve failures) 2018, 2019) - Paresis. - State of Delirium.

Weeks v. US 232 (1914) - federal Intervention false arrests / Malicious Prosecution not foreclosed.

Younger v. Harris US 401 (1971) - No abstention from intervention, fraud claim prior to foreclosure.

Pullman Doctrine - No conflict of law federal intervention a fraud, impermissibly state statute in conflict w/ federal law.

U.S. v. Reed 397 F.2d, 1395, 1403 (11cir, 1989) - Subsequent prvs civil or criminal

4 & thus resulting from such related cases.

Fine v. Walker et al (9th, 11th, USSC) - when defendants modify conduct (fraud, harassment, retaliation) (omission to GA Deues) favorable to the plaintiff (Hunter, almost died) 2018 2019 the forum [LTC Highlands, 2ND DCA, FSSC] not have jurisdiction over the plaintiff. → Hunter or my son or my money.

3A

| WITNESS LIST |

- Anthony Powell, Sebring, FL - witness - CF-12-139 - FRAUD in amer

ERICA FRANCIS / Bobbie Smith-Powell Sebring, FL - witness - CF-12-139 - Fraud in amer

(witness FC-15-661 / DR-14-147 / perjury / FRAUD ON COURT)
- Bernie Hunter Sr - Belleglade, FL - witness - CF-15-729 - false amer / retaliation 2016
- Bernie Hunter Jr - Winterhaven, FL (Key witness in Group home) L ESTRADA - CF-15-729
  c/ Christine Pleecner-

Atty · William McNeal Sebring, FL - witness - CF-12-139 - FRAUD / threats

Atty · William Bill Oullette Lake Wales, FL - witness - MM 14-507 - prosecution ← from FRAUD - DR-14-147

Atty ORC · Gail Cheatwood Lakeland / Bartow, FL (Conflict Counsel removed) CF-15-729 / CF-19-348 Counsel of choice

Deputy · Dustin Campbell Highlands County sheriff office, witness fraud / malicious pros

Deputy · John Garrison Highlands County sheriff office ——— CF-15-729

Deputy Williams Highlands County sheriff office.

Estella Kromholtz Sebring, FL ——— Pre-unknown - 2015 (injury) / retaliation

Atty Linda Rodriguez - Torrent Sebring, FL — witness → FC-15-661 / DR-14-147 fraud

Bailiff / Deputy Clerk - CF-12-139 Sebring, FL (case related)

Bailiff / Deputy Clerk - GC-13-878 Sebring, FL (case related)

Bailiff / Deputy clerk - GC-14-147 Sebring, FL (case related)

Bailiff / Deputy clerk - FC-15-661 Sebring, FL

Captain James Bailey HCSO Sebring, FL (wit to duress (FRAUD) - DR-14-147 / FC-15-661)

Bailiff / Deputy clerk - DR-14-243 (DR-14-147) (FC-15-661)

Judge Anthony Ritenour Sebring, FL (Highlands court) ← witness FRAUD -

Judge Michael Raiden Hardee Circuit (Wauchula, FL) → CF-15-729 / GC-14-2 witness + retaliation

Dr. Tracey Harvey (Hostile) Bartow, FL - medical fraud - CF-15-729

Dr. William Kremer (Hostile) Bartow, FL medical fraud - CF-15-729

David Ward (Oceannaire Restaurant) Atlanta, GA - witness - excessive support 2018 / 2019

Matt Hodges / Joseph Flagherty (SOS security) Atlanta, GA - witness 4 2018 DL sus / excessive support

Kdshira Baker (Emory University) Atlanta, GA, witness - DL / sus / excessive support 2018-2020 Lojyn 4

witness - was backwar (CF-19-348) Dogtrain ↔ Darrell Slaughter (Atlanta Police) Atlanta, GA witness - DL / sus / excessive support (CF-19-348 (back omen)) 2018 / 2019

Major / Fulton County Judge (Atlanta, Georgia)

4A

- Carlos Candelario (Sebring, FL - witness - Attemp Murder [2016]
- Don King (Sebring, FL - witness arrest, tire stabbed sheriff candidate) [2015, 2016]
- Bobbie Bean (Sebring, FL witness & victim Computer Hack/ retaliation) [2015 - 2017]
- Gary Pinnell (Hostile Press) → trial by media - Defamation, Libel
- Tom Staik (Hostile Press) → trial by media
- Al Joe Hinson - witness arrest / trial by media, false conviction Statement
- Mayor Brenda Grey - witness arrest / trial by media - false Conviction Statement
- Atty Robert Gray - witness / former Defense - Bivens claim CF-12-139, CF-15-729
- Atty Bruce Carter - witness / false press / Conversation Statement - CF-12-139, CF-15-729
- (Hostile) + Prosecutor Gary Ellis - false conversion statement in court - CF-15-729
- bail bonds James "Jimmy" Sottile - witness injuries / malicious prosecution - MEDIA - 2015, 2016 / CF-12-139
- bail bondsman Felicia Green - witness MEDIA- 2016, false arrest NO FTA.
- Tavick Holmes - witness - media / false statements / arrest
- Leon Perryman - ✓
- Jamie Jones - ✓
- Shacole Pearmon - witness - homeless - 2017, Neuropathies, head Injury
- Natasha Adams - witness duress, child support, Suicide thoughts - 2019
- Jeffrey Gates - witness ID theft - Dec 2017, MARCH, 2018, - Atlanta, GA
- Stephen Gonbonne / Gary Cage - witness ID theft - Dec 2017, MARCH - 2018
- Princi Italia - Debbie Bush - witness child support / loss of child / Kashira Bolte [12/2018]
- Princi Italia - Andrea Frazier - witness child support / officer in GA - Security for her
- Stephen Gonbonne - witness - ID theft - March 2018 - Loss of Job.
- Emory Neurologist Amy Montgomery - Loss of fluids to Brain / Processes [2017]
- Emory ER doctor 2017 - witness to head injury MARTA Police / College Park
- Emory ER doctor 2018 - P.T.S.D, Anxiety, Neuro breakdown - FC-15-661-2018 STALKING → TANEIKA FRANCIS
- Emory ER doctor 2019 - Neuro Breakdown / CARDIAC - Failure → excess support FC-15-661-2019
- Homeless Shelter Jarrod Dunn - witness - false arrest - CF-15-729
- Dr. Susan Crum₂, witness - 2015-2016 - Treating Dr, retaliation, FRAUD - retaliation ✓ Attemp murder

(ALIBI) Angela Watkins - Decatur, GA
(witness child support letters) (ALIBI) Charlisa Rodgers - Lithonia, GA
(Hostile witness) / (ALIBI) Josh Stovall - Sebring, FL

**5A**

Dr. Susan Crum [assessment tester] - CF-15-729

Dr. Susan Crum [Secretary] - CF-15-729

Dr. Susan Crum [Electro-Therapist] - CF-15-729

Dr. Boloram [Diagnosis MS, Psychiatrical Issues] - CF-15-729

Dr. Goldstein [receptionist] - CF-15-729

witness false arrest CF-15-729
wrongful detention CF-19-348 → Captain Bobbi Green  Highlands County sheriff (witness Incarceration)

→ Lieutenant Brackett  Highlands County sheriff (witness / Antierg - 2020 Incarceration)

CF-15-729
Seizure, false arrest NO FTA 2016 → RN Parker  Highlands County sheriff. (witness seizure 2016 incarceration)

DR-15-661
Issues related to FC-15-661 → ER Nurse Adventist Health [2015] (minor Aneurism, loss of speech)

↳ ER Nurse Gwenett Boddie (minor Aneurism, loss of speech)

False Arrest
BACKDATED WARRANTS
CF-15-729 — HR Guy Adventist health (Retaliation, Bivens claim CF-15-729 2015)

↳ HR Michelle Myers Adventist health ( J )

Polk County sheriff r "NO WARRANTS"
Bartow, FL 08/2015 → LDS church [Peachtree City Ward] 2018 - church BG check (character, No terrorist - Police officer are members)

(Lake Wales PD " NO WARRANT ") LDS church [Atlanta Stake Ward] 2019 church BG ch clear Lee Street [character, No Terrorist]

08/2015 Bishop Josh Katcher [character, No terrorism, Lover of families]

(Florida Hwy Patrol)
↓ Walden Security OFC Belinda Frye, Atlanta [Abuse, vet witness] BG ch CLEAN - CF-19-348 FC-15-661, 2019

"NO WARRANT" - 08/2015
↓ Walden Security OFC Jackson, Atlanta [retaliation, Child support ex wife] BG ck clear CF-19-348 FC-15-661

CF-15-729
↓ (Mike WALDEN) → Walden Security Payroll, Chattanooga, TN [child support witness] BG ck clear / CEO vet. police officer ex FL/sust 2019

Arrested → 09/02/2015  SOS Payroll, New Jersey [Abuse, excessive child support, DL suspended] 2018

Laundrys Inc payroll, TX [Abuse, excessive child support] 2018, 2019 - Life threatens

Federal BG ck clear (AFIS)(AFRS) → Peachy Airport Payroll, Los Angeles, CA [witness, DL susp / Support] 2019

r 2018, 2019
NO WARRANTS, Eligible → DFACS - Food stamp office - clerk - Bankhead ATL, GA [wit retaliation]

r Police/Det Present
NO WARRANTS L, 2018, 2019 → DFACS - Child Support Rep - Buggyworks Eastpoint, GA [DL, Ch support ret]

NO WARRANTS - MVR ck - 2019, 2020 - CLEAN License issued
(Carrollton, GA) → Georgia Department Human Services - Paperwork from FL Dept of Rev

r Cowden
(witness FRAUD STIDHAM) → Georgia Dept Driver Services - Whitehall - records - DL Suspensions NO WARRANTS - MVR ck - 2019, 2020

r COWDEN
witness, FRAUD STIDHAM) → Georgia Dept of Human Services child support garnishments - 2017, 18, 19

(Hostile) → Florida Dept of Revenue before change (11, 2019) BALANCE - $25,000 for 11/2019 NOW $12,000 = 05/2020 & 2020. New threats after fact?

(witness retaliation, DL suspend) → Georgia DDS Whitehall staff - on file DL # 060527480

(College Park, Eastpoint, Fairburn, Midtown) MARTA - Transit Authority - cameras on 03/13/2020  r Jason Hunter  Food stamp BG clear 2018, 2019 - sus DL - No HIRE

↳ MARTA police Applicant - 2019 ↳ on trains/gate entries.

APPENDAGE

(URGENT)

Please Dear Judge or Magistrate in plea of emergency, relief denials (Habeas Corpus) / Plea Copus (General Pleas) No bonds send an order to Judge Peter Estrada of HIGHLANDS, Sebring, FL Judge Ellen Masters of Polk County Bartow, FL, & Sheriff Paul Black to (expatriate me back to Fulton County Jail) via revocation of Extradition Waiver in cases CF-15-729, CF-19-348, & FC-15-661 submitted to Fulton County Court, GA, Fulton County Sheriff Major, & Highlands County Courts. Pending the outcome of these 2 truth cases this federal court #1) 1:20-cv-01405-LMM-LMJ #2 (TBD obstruction / Personal Injury) or grant Fulton County Court jurisdiction to allow me to plea charges lesser degree by way of (R) CF-15-729 (M2) — ABA v. FL BAR LJ#23 & Full Faith & Credit / Equal Priviledge as US Citizen (Slaughterhouse 1878) CF-19-348 -CNT1- Dropped, or reduce to F3, so I can plea to (M1 or M2) -CNT2- F3, plea to M2 w/ time served as this Court or CF-15-729 → B/c the false arrest on 04/2016 in this case for Atty Shawn Jiles CA Attorney error. (≠ ≠) I did not fail to appear I got 6 months on the house. I showed up! → Judge Anthony Rondolino, Deputy CARR, & Johnathan Lezuma were there.

(orders denying relief attached)

4/30/2020

P.S. All Appellate Courts are in conflict & previously exhausted in FL — Gallagher v. US (CA facie) 2ND DCA — with Morsano v. MLB (2ND DCA) Jenkins v. State, FSSC — Witt v. State, Jones v. Jones

THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR HIGHLANDS COUNTY, FLORIDA

ESTATE OF JASON HUNTER,                    CASE NO.: 2020-GC-000115

    Petitioner,

vs.

PETER ESTRADA, et. al.
RICHARD CASTILLO,
CHRISTINE PLETCHER,
BILL PRICE,

    Defendants.
_____/

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS/INJUNCTIVE RELIEF (BY ORAL BOARD HEARING WITH WITNESS)**

This matter came before the Court upon the Petition for Writ of Habeas Corpus/Injunctive Relief (By Oral Board Hearing With Witness) filed on March 17, 2020. Upon a review of the Petition, the files and records in this case, and the applicable law, the Court finds as follows:

In his disjointed Petition, Petitioner appears to be writing to the Board of County Commissioners seeking the issuance of a writ of habeas corpus. Petitioner claims he is incarcerated in the Highlands County Jail, and has been the victim of fraud in some of his Highlands County cases. Petitioner also claims he has not threatened any harm to a public official in this county, and has requested a polygraph but was denied. Petitioner claims he wrote to Commissioner Elwell via FB message, but Commissioner Elwell denied receipt. Petitioner fails to give any specifics regarding any of the above allegations, but seeks an administrative order granting him release and directing the FBI to be contacted for his safety. The Court finds

the Petition is procedurally improper, and fails to allege any facially sufficient claim upon which habeas corpus relief could be granted.

Accordingly, it is **ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus/Injunctive Relief (By Oral Board Hearing With Witness) is hereby **DISMISSED**. Any aggrieved party has thirty days within which to appeal to the Second District Court of Appeal.

**ORDERED** in Bartow, Polk County, Florida this 24th day of March 2020.

/s/ Ellen Masters
ELLEN S. MASTERS, Circuit Judge

Copies to:

Jason Hunter, c/o Highlands County Jail
State Attorney's Office

ESM/nbc



**THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR HIGHLANDS COUNTY, FLORIDA**

ESTATE OF JASON HUNTER,           CASE NO.: 2020-GC-000115

   Petitioner,

vs.

PETER ESTRADA,
RICHARD CASTILLO,
CHRISTINE PLETCHER,
BILL PRICE, et. al.,

   Defendants.
_____/

### ORDER DENYING MOTION FOR REHEARING and ORDER DISMISSING EMERGENCY MOTION FOR PLEA COPUS [sic] /WRIT OF HABEAS CORPUS/RELIEF FROM DOUBLE JEOPARDY

This matter came before the Court upon Petitioner's Letter In Re: Habeas Corpus/Injunctive Relief (By Oral Board Hearing With Witness) and Emergency Motion for Plea Copus [sic] /Writ of Habeas Corpus/Relief from Double Jeopardy filed on April 16, 2020. In the interest of judicial economy and fairness, the Court will treat Petitioner's Letter as a Motion for Rehearing. Upon a review of the Motion, Emergency Motion, files and records in this case, and the applicable law, the Court finds as follows:

Petitioner does not provide, nor does the Court find any legal reason to grant a rehearing. Accordingly, the Motion for Rehearing is DENIED.

In his disjointed Emergency Motion, Petitioner appears to be attempting to enter a plea in CF15-729, and claims a violation of double jeopardy in CF19-348. In addition to being procedurally improper, Petitioner is represented by counsel (Keith Peterson, Esquire) in each of his felony cases, and an Order has been entered appointing a committee to determine Petitioner's

competency to proceed in those cases. *See* April 15, 2020 Order, attached. Accordingly, Petitioner's Emergency Motion is a legal nullity, and DISMISSED.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion for Rehearing is **DENIED.** It is further **ORDERED AND ADJUDGED** that the Emergency Motion for Plea Copus [sic] /Writ of Habeas Corpus/Relief from Double Jeopardy is hereby **DISMISSED**. Any aggrieved party has thirty days within which to appeal to the Second District Court of Appeal.

**ORDERED** in Bartow, Polk County, Florida this 22nd day of April, 2020.

ELLEN S. MASTERS, Circuit Judge

Copies to:

Jason Hunter, (Inmate) c/o Highlands County Jail
State Attorney's Office
Keith Peterson, Esquire

ESM/nbc